| | | |
|---|---|---|
| People v Rossano | 2d Dept: 140 AD3d 1042 | denied* |
| People v White | 2d Dept: 144 AD3d 881 | denied* |
| Rodriguez v Daily News, L.P. | 2d Dept: 142 AD3d 1062 | denied |
| Ruderman v City of New York | 1st Dept: 142 AD3d 863 | denied |
| Stanton v Oceanside Union Free Sch. Dist. | 2d Dept: 140 AD3d 731 (Action No. 1) | denied |
| Van Wie Chevrolet, Inc. v General Motors, LLC | 4th Dept: 145 AD3d 1 (Appeal No. 3); 143 AD3d 1265 (Appeal Nos. 1 and 2) | denied |

## Decided February 9, 2017

| | | |
|---|---|---|
| Ayesha FF., Matter of, v Evelyn EE. | 3d Dept: 143 AD3d 1120 (Proceeding No. 4) | denied* |
| Badesha v Soch | 4th Dept: 136 AD3d 1415 | denied |
| Barry v Cadman Towers, Inc. | 2d Dept: 136 AD3d 951 | denied |
| Brown v State of New York | 4th Dept: 144 AD3d 1539 | granted |
| Brown v State of New York | 4th Dept: 144 AD3d 1535 | granted |
| Castillo v Mount Sinai Hosp. | 1st Dept: 140 AD3d 619 | denied |
| Costa v State of New York | 1st Dept: 141 AD3d 43 | denied |
| Cramer, Matter of, v Cramer | 4th Dept: 143 AD3d 1264 | denied |
| Crociata, Matter of, v Cassano | 2d Dept: 140 AD3d 751 | denied |
| Cyril, Matter of, v New York City Dept. of Hous. Preserv. & Dev. | 1st Dept: 140 AD3d 632 | denied |
| Evelyn EE., Matter of, v Ayesha FF. | 3d Dept: 143 AD3d 1120 (Proceeding No. 1) | denied* |
| Garcia v New York City Dept. of Health & Mental Hygiene | 1st Dept: 144 AD3d 59 | granted |
| Golden v Pavlov-Shapiro | 4th Dept: 138 AD3d 1406 | denied |
| Jody CC., Matter of, v Evelyn EE. | 3d Dept: 143 AD3d 1120 (Proceeding No. 2) | denied* |

* Motion for poor person relief dismissed as academic or denied.